```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 16-04524-RNO
Dean S Shields                                                  Chapter 13
Tara Lynn Shields
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1         User: LyndseyPr         Page 1 of 1           Date Rcvd: Apr 24, 2017
                             Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2017.
db/jdb         +Dean S Shields,   Tara Lynn Shields,   219 Clearview Drive,   Carlisle, PA 17013-1117

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2017                              Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2017 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          Harry B Reese   on behalf of Creditor    WELLS FARGO BANK, N.A. harry.reese@pkjllc.com,
           chris.amann@pkjllc.com;nick.bracey@pkjllc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com
          James Warmbrodt    on behalf of Creditor    U.S. Bank, N.A. as trustee for Manufactured Housing
           Contract Senior/Subordinate Pass-Through Certificate Trust 1998-7 bkgroup@kmllawgroup.com
          Jill Manuel-Coughlin    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkjllc.com,
           chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
          Stephen Wade Parker   on behalf of Joint Debtor Tara Lynn Shields Mooneybkecf@gmail.com,
           wade@swparkerlaw.com
          Stephen Wade Parker   on behalf of Debtor Dean S Shields Mooneybkecf@gmail.com,
           wade@swparkerlaw.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

**DEAN SHIELDS**
**TARA SHIELDS**

\* Debtors

| | |
|---|---|
| Chapter: | **13** |
| Case Number: | **1-16-bk-04524-JJT** |
| Document No.: | **31** |
| Nature of Proceeding: | **Motion to Participate in Mortgage Modification Mediation Program** |

## ORDER GRANTING MOTION TO PARTICIPATE IN MORTGAGE MODIFICATION MEDIATION PROGRAM

Upon consideration of Debtors' Motion to Participate in Mortgage Modification Mediation Program, and inasmuch as the mortgage creditor neither filed a Creditor Consent Form or an objection to participation under Local Bankruptcy Rule 9019-3(b)(2)(C), the mortgage creditor is deemed to have waived any objection to the Motion, **IT IS HEREBY**

**ORDERED** that Debtors' Motion is granted, and the Debtors and Wells Fargo Bank, N.A., are authorized to enter into the Mortgage Modification Mediation Program.

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(RPR)

Date: April 24, 2017