```
                       United States Bankruptcy Court
                       Middle District of Pennsylvania

In re:                                                    Case No. 16-04524-RNO
Dean S Shields                                            Chapter 13
Tara Lynn Shields
        Debtors                   CERTIFICATE OF NOTICE

District/off: 0314-1          User: LyndseyPr        Page 1 of 3        Date Rcvd: Aug 09, 2017
                              Form ID: ntpasnh       Total Noticed: 78


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2017.
db/jdb        +Dean S Shields,  Tara Lynn Shields,   219 Clearview Drive,   Carlisle, PA 17013-1117
4851280       +Apex Asset,   2501 Oregon Pike Ste,   Lancaster, PA 17601-4890
4851292       +Ar Resources Inc,   Bankruptcy,   Po Box 1056,   Blue Bell, PA 19422-0287
4851294      #+Bank Of America,   Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
4851302        Bureau Of Account Mana,   Bureau Of Account,   Camp Hill, PA 17011
4851314        CBCS,   PO Box 2724,   Columbus, OH 43216-2724
4851303       +Capital One,   Po Box 30285,   Salt Lake City, UT 84130-0285
4876954        Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
4851307        Carlise Medical Group LLC,   PO Box 281651,   Atlanta, GA 30384-1651
4851308       +Carlisle Dental Studio,   38 State Avenue,   Carlisle, PA 17013-4431
4851309        Carlisle Medical Group, LLC,   PO Box 281651,   Atlanta, GA 30384-1651
4851310        Carlisle Physician Services,   PO Box 660827,   Dallas, TX 75266-0827
4851311       +Carlisle Regional Medical Center,   361 Alexander Spring Road,   Carlisle, PA 17015-3661
4857487       +Carlisle Regional Medical Center,   C/O PASI,   PO Box 188,   Brentwood, TN 37024-0188
4851315       +Citibank/Best Buy,   Citicorp/Centralized Bankruptcy,   Po Box 790040,
               Saint Louis, MO 63179-0040
4851317       +Comcast,   P.O. Box 3001,   Southeastern, PA 19398-3001
4851318       +Comenity Bank/Roamans,   Po Box 182125,   Columbus, OH 43218-2125
4851319       +Commercial Acceptanc,   2300 Gettysburg Rd,   Camp Hill, PA 17011-7303
4851322       +Commercial Acceptance Company,   2300 Gettysburg Road,   Suite 102,   Camp Hill, PA 17011-7303
4851323       +Commonwealth Financial Systems,   245 Main St,   Dickson City, PA 18519-1641
4851324       +Computer Credit, Inc.,   Claim Dept. 006301/ PO Box 5238,   470 West Hanes Mill Road,
               Winston Salem, NC 27105-9102
4851329       +Durham & Durham Attorneys at Law,   Dept. 119509,   P.O Box 1259,   Oaks, PA 19456-1259
4880763       +FLEX CHECK,   WILLIAMSON AND BROWN,LLC,   4691 CLIFTON PKWY,   HAMBURG, NY 14075-3201
4851330       +First National Bank,   Attn: FNN Legal Dept,   1620 Dodge St Mailstop Code 3290,
               Omaha, NE 68102-1593
4851332       +Fitch Rona EMS District,   PO Box 72140,   Cedarburg, WI 53012-7340
4861690       +Harley-Davidson Credit Corp.,   PO Box 9013,   Addison, Texas 75001-9013
4851337        Holy Spirit Hospital,   P.O. Box 822183,   Philadelphia, PA 19182-2183
4851335       +Holy Spirit Hospital,   503 North 21st Street,   Camp Hill, PA 17011-2288
4851338        Holy Spirti Medical Group,   P.O Box 983143,   Boston, MA 02298-3143
4851340       +Lacaster General Health,   PO Box 824809,   Philadelphia, PA 19182-4809
4872501       +Lancaster Gen Hospital,   c/o Creditors Bankruptcy Service,   P.O. Box 800849,
               Dallas, TX 75380-0849
4851341        Lancaster Radiology Associates,   P.O. Box 3216,   Lancaster, PA 17604-3216
4851342        Lehigh Valley Health Network,   PO Box 781733,   Philadelphia, PA 19178-1733
4851343        Lehigh Valley Hospital,   PO Box 8500,   #8076,   Philadelphia, PA 19178-8076
4851346        MS Hershey Medical Center,   PO Box 643291,   Pittsburgh, PA 15264-3291
4851348        MSHMC Phsicians Group,   Billing Services,   PO Box 854,   PA 17033-0854
4851344       +Medical Data Systems Inc,   Mds,   2001 9th Ave   Ste 312,   Vero beach, FL 32960-6413
4851345       +Mohela/Dept of Ed,   633 Spirit Dr,   Chesterfield, MO 63005-1243
4851371       +OIP,   3399 Trindle Road,   Camp Hill, PA 17011-2286
4857538       +Orthopedic Institute of Pennsylvania,   3399 Trindle Rd,   Camp Hill, PA 17011-2286
4858254       +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
4851374        Peerless Credit Services, Inc,   PO Box 518,   Middletown, PA 17057-0518
4851376       +Penn Credit,   Attn:Bankruptcy,   Po Box 988,   Harrisburg, PA 17108-0988
4851377        Phoenix Financial Services LLC,   Po Box 361450,   Indianapolis, IN 46234-1450
4851379        Professional Account Services, Inc.,   PO Box 188,   Brentwood, TN 37024-0188
4851380        Proffessional Account Services Inc.,   P.O. Box 188,   Brentwood, TN 37024-0188
4851381       +Recovery One Llc,   3240 Henderson Rd,   Columbus, OH 43220-2300
4851382       +State Collection Service,   Po Box 6250,   Madison, WI 53716-0250
4851385       +Summit Physician Services,   785 5th Avenue, Suite 3,   Chambersburg, PA 17201-4232
4851386       +Surgical Care Affiliates, LLC,   dba Grandview Surgery & Laser Cente,   205 Grandview Avenue,
               Camp Hill, PA 17011-1756
4884666        TMSHMC Hospital,   PO Box 853,   Hershey, PA 17033-0853
4884667       +TMSHMC Physicians,   PO Box 854,   Hershey, PA 17033-0854
4899792        US Dept of EducationMOHELA,   Dept of Ed/MOHELA,   PO BOX 105347,   Chesterfield, MO 63005
4874760        University of WI Hospital & Clinics,   C/o State Collection Service, Inc.,
               2509 S Stoughton Road,   PO Box 6250,   Madison, WI 53716-0250
4875661        Wells Fargo Bank, N.A.,   Default Document Processing,   MAC# N9286-01Y,
               1000 Blue Gentian Road,   Eagan, MI 55121-7700
4851389        Wells Fargo Home Mor,   Written Correspondence Resolutions,   Mac#2302-04e  Pob 10335,
               Des Moines, IA 50306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4851279       +E-mail/Text: ally@ebn.phinsolutions.com Aug 09 2017 19:06:01      Ally Financial,
               Po Box 380901,   Bloomington, MN 55438-0901
4858138        E-mail/Text: ally@ebn.phinsolutions.com Aug 09 2017 19:06:01      Ally Financial,
               PO Box 130424,   Roseville MN 55113-0004
4854207        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 09 2017 19:13:04
               American InfoSource LP as agent for,   T Mobile/T-Mobile USA Inc,   PO Box 248848,
               Oklahoma City, OK  73124-8848
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4851293          +E-mail/Text: pprice@arbrecovery.com Aug 09 2017 19:06:16      Arcadia Recovery Burea,
                  645 Penn St,   Reading, PA 19601-3543
4851295          +E-mail/Text: banko@berkscredit.com Aug 09 2017 19:06:06      Berks Credit & Collections,
                  Po Box 329,   Temple, PA 19560-0329
4851316          +E-mail/Text: DATA@COLLECTIONCENTERIND.COM Aug 09 2017 19:06:31      Collection Center,
                  Attn Collections/Bankruptcy,   Po Box 8666,   Lancaster, PA 17604-8666
4851327          +E-mail/Text: csd1clientservices@cboflanc.com Aug 09 2017 19:06:24
                  Credit Bureau of Lancaster County,   PO Box 1271,   Lancaster, PA 17608-1271
4851333          +E-mail/Text: bankruptcy.notices@hdfsi.com Aug 09 2017 19:06:27      Harley Davidson Financial,
                  Attention: Bankruptcy,   Po Box 22048,   Carson City, NV 89721-2048
4851334          +E-mail/Text: banko@hestark.com Aug 09 2017 19:06:19      He Stark Col,   Po Box 45710,
                  Madison, WI 53744-5710
4851328           E-mail/Text: cio.bncmail@irs.gov Aug 09 2017 19:06:05      Department of Treasury,
                  Internal Revenue Service,   310 Lowell Street,   Andover, MA 01810-4544
4851339          +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 09 2017 19:06:04      Kohls/Capital One,
                  Po Box 3120,   Milwaukee, WI 53201-3120
4851367           E-mail/Text: Bankruptcies@nragroup.com Aug 09 2017 19:06:37      National Recovery Agency,
                  P.O. Box 67015,   Harrisburg, PA 17106-7015
4851349          +E-mail/Text: Bankruptcies@nragroup.com Aug 09 2017 19:06:37      National Recovery Agency,
                  2491 Paxton St,   Harrisburg, PA 17111-1036
4895703           E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 09 2017 19:13:04
                  Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
4851372          +E-mail/Text: bkrnotice@prgmail.com Aug 09 2017 19:06:12      Paragon Revenue Group,
                  216 Le Phillip Ct Ne,   Concord, NC 28025-2954
4851373           E-mail/Text: bkrnotice@prgmail.com Aug 09 2017 19:06:12      Paragon Revenue Group,
                  216 Le Phillip Court,   Concord, NC 28025-2954
4851378           E-mail/Text: schesek@pinnaclehealth.org Aug 09 2017 19:06:07      Pinnacle Health Hospitals,
                  PO Box 2353,   Harrisburg, PA 17105-2353
4865717           E-mail/Text: bnc-quantum@quantum3group.com Aug 09 2017 19:06:08
                  Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
4866600           E-mail/Text: bnc-quantum@quantum3group.com Aug 09 2017 19:06:08
                  Quantum3 Group LLC as agent for,   Cascade Capital LLC Series B,   PO Box 788,
                  Kirkland, WA  98083-0788
4851387          +E-mail/Text: csr@theaffiliatedgroup.com Aug 09 2017 19:06:34      The Affiliated Group I,
                  3055 41st St Nw   Ste 100,   Rochester, MN 55901-9013
4851388          +E-mail/Text: banko@hestark.com Aug 09 2017 19:06:19      The Stark Collection,   6425 Odana Road,
                  Madison, WI 53719-1127
4895673           E-mail/Text: bankruptcy.bnc@ditech.com Aug 09 2017 19:06:06      U.S. Bank, N.A.,
                  c/o Ditech Financial LLC,   PO Box 6154,   Rapid City, SD 57709-6154
                                                                          TOTAL: 22


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
4851283*     +Apex Asset,   2501 Oregon Pike Ste,   Lancaster, PA 17601-4890
4851284*     +Apex Asset,   2501 Oregon Pike Ste,   Lancaster, PA 17601-4890
4851285*     +Apex Asset,   2501 Oregon Pike Ste,   Lancaster, PA 17601-4890
4851286*     +Apex Asset,   2501 Oregon Pike Ste,   Lancaster, PA 17601-4890
4851287*     +Apex Asset,   2501 Oregon Pike Ste,   Lancaster, PA 17601-4890
4851288*     +Apex Asset,   2501 Oregon Pike Ste,   Lancaster, PA 17601-4890
4851289*     +Apex Asset,   2501 Oregon Pike Ste,   Lancaster, PA 17601-4890
4851290*     +Apex Asset,   2501 Oregon Pike Ste,   Lancaster, PA 17601-4890
4851291*     +Apex Asset,   2501 Oregon Pike Ste,   Lancaster, PA 17601-4890
4851281*     +Apex Asset,   2501 Oregon Pike Ste,   Lancaster, PA 17601-4890
4851282*     +Apex Asset,   2501 Oregon Pike Ste,   Lancaster, PA 17601-4890
4851296*     +Berks Credit & Collections,   Po Box 329,   Temple, PA 19560-0329
4851297*     +Berks Credit & Collections,   Po Box 329,   Temple, PA 19560-0329
4851298*     +Berks Credit & Collections,   Po Box 329,   Temple, PA 19560-0329
4851299*     +Berks Credit & Collections,   Po Box 329,   Temple, PA 19560-0329
4851300*     +Berks Credit & Collections,   Po Box 329,   Temple, PA 19560-0329
4851301*     +Berks Credit & Collections,   Po Box 329,   Temple, PA 19560-0329
4851304*     +Capital One,   Po Box 30285,   Salt Lake City, UT 84130-0285
4851305*     +Capital One,   Po Box 30285,   Salt Lake City, UT 84130-0285
4851306*     +Capital One,   Po Box 30285,   Salt Lake City, UT 84130-0285
4851312*     +Carlisle Regional Medical Center,   361 Alexander Spring Road,   Carlisle, PA 17015-3661
4851313*     +Carlisle Regional Medical Center,   361 Alexander Spring Road,   Carlisle, PA 17015-3661
4851320*     +Commercial Acceptanc,   2300 Gettysburg Rd,   Camp Hill, PA 17011-7303
4851321*     +Commercial Acceptanc,   2300 Gettysburg Rd,   Camp Hill, PA 17011-7303
4851325*     +Computer Credit, Inc.,   Claim Dept. 006301/ PO Box 5238,   470 West Hanes Mill Road,
              Winston Salem, NC 27105-9102
4851326*     +Computer Credit, Inc.,   Claim Dept. 006301/ PO Box 5238,   470 West Hanes Mill Road,
              Winston Salem, NC 27105-9102
4851331*     +First National Bank,   Attn: FNN Legal Dept,   1620 Dodge St Mailstop Code 3290,
              Omaha, NE 68102-1593
4851336*     +Holy Spirit Hospital,   503 North 21st Street,   Camp Hill, PA 17011-2288
4851347*      MS Hershey Medical Center,   PO Box 643291,   Pittsburgh, PA 15264-3291
4851368*      National Recovery Agency,   P.O. Box 67015,   Harrisburg, PA 17106-7015
4851369*      National Recovery Agency,   P.O. Box 67015,   Harrisburg, PA 17106-7015
4851370*      National Recovery Agency,   P.O. Box 67015,   Harrisburg, PA 17106-7015

```
          ***** BYPASSED RECIPIENTS (continued) *****
4851350*      +National Recovery Agency,    2491 Paxton St,    Harrisburg, PA 17111-1036
4851351*      +National Recovery Agency,    2491 Paxton St,    Harrisburg, PA 17111-1036
4851352*      +National Recovery Agency,    2491 Paxton St,    Harrisburg, PA 17111-1036
4851353*      +National Recovery Agency,    2491 Paxton St,    Harrisburg, PA 17111-1036
4851354*      +National Recovery Agency,    2491 Paxton St,    Harrisburg, PA 17111-1036
4851355*      +National Recovery Agency,    2491 Paxton St,    Harrisburg, PA 17111-1036
4851356*      +National Recovery Agency,    2491 Paxton St,    Harrisburg, PA 17111-1036
4851357*      +National Recovery Agency,    2491 Paxton St,    Harrisburg, PA 17111-1036
4851358*      +National Recovery Agency,    2491 Paxton St,    Harrisburg, PA 17111-1036
4851359*      +National Recovery Agency,    2491 Paxton St,    Harrisburg, PA 17111-1036
4851360*      +National Recovery Agency,    2491 Paxton St,    Harrisburg, PA 17111-1036
4851361*      +National Recovery Agency,    2491 Paxton St,    Harrisburg, PA 17111-1036
4851362*      +National Recovery Agency,    2491 Paxton St,    Harrisburg, PA 17111-1036
4851363*      +National Recovery Agency,    2491 Paxton St,    Harrisburg, PA 17111-1036
4851364*      +National Recovery Agency,    2491 Paxton St,    Harrisburg, PA 17111-1036
4851365*      +National Recovery Agency,    2491 Paxton St,    Harrisburg, PA 17111-1036
4851366*      +National Recovery Agency,    2491 Paxton St,    Harrisburg, PA 17111-1036
4851375*       Peerless Credit Services, Inc,    PO Box 518,    Middletown, PA 17057-0518
4851383*      +State Collection Service,    Po Box 6250,    Madison, WI 53716-0250
4851384*      +State Collection Service,    Po Box 6250,    Madison, WI 53716-0250
                                                                    TOTALS: 0, * 53, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2017 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com,  dehartstaff@pamd13trustee.com
          Harry B Reese    on behalf of Creditor    WELLS FARGO BANK, N.A. harry.reese@pkjllc.com,
           chris.amann@pkjllc.com;nick.bracey@pkjllc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com
          James  Warmbrodt   on behalf of Creditor   U.S. Bank, N.A. as trustee for Manufactured Housing
           Contract Senior/Subordinate Pass-Through Certificate Trust 1998-7 bkgroup@kmllawgroup.com
          Jill  Manuel-Coughlin   on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkjllc.com,
           chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
          Stephen Wade Parker   on behalf of Joint Debtor Tara Lynn Shields Mooneybkecf@gmail.com,
           wade@swparkerlaw.com;r61895@notify.bestcase.com
          Stephen Wade Parker   on behalf of Debtor Dean S Shields Mooneybkecf@gmail.com,
           wade@swparkerlaw.com;r61895@notify.bestcase.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                              TOTAL: 7
```

ntpasnh(10/11)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Dean S Shields
Tara Lynn Shields
aka Tara Grace
**Debtor(s)**

Chapter: 13

Case number: 1:16−bk−04524−RNO

Document Number: 46

Matter: Motion for Mortgage Modification

## Notice

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002−1(a), the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection/response on or before **August 30, 2017**. If you object to the relief requested, you must file your objection/response with the Clerk of Court and serve a copy on the movant and movant's attorney, if one is designated.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
Ronald Reagan Federal Building
PO Box 908
Harrisburg, PA 17108
(717) 901−2800

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: LyndseyPrice, Deputy Clerk

Hours Open: Monday – Friday 9:00 AM – 4:00 PM

Date: August 9, 2017