```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 16-04524-RNO
Dean S Shields                                                      Chapter 13
Tara Lynn Shields
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1           User: LyndseyPr           Page 1 of 1           Date Rcvd: Oct 26, 2017
                               Form ID: pdf010           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2017.
db/jdb         +Dean S Shields,   Tara Lynn Shields,   219 Clearview Drive,   Carlisle, PA 17013-1117

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              Harry B Reese    on behalf of Creditor    WELLS FARGO BANK, N.A. harry.reese@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank, N.A. as trustee for Manufactured Housing
               Contract Senior/Subordinate Pass-Through Certificate Trust 1998-7 bkgroup@kmllawgroup.com
              Jill Manuel-Coughlin    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              Stephen Wade Parker    on behalf of Debtor 2 Tara Lynn Shields Mooneybkecf@gmail.com,
               wade@swparkerlaw.com;r61895@notify.bestcase.com
              Stephen Wade Parker    on behalf of Debtor 1 Dean S Shields Mooneybkecf@gmail.com,
               wade@swparkerlaw.com;r61895@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Dean S. Shields : CASE NO.: 1:16-bk-04524 RNO
Tara Lynn Shields : CHAPTER 13
Debtors :
:

## ORDER OF COURT PERMITTING APPLICATION OF ATTORNEY FOR CHAPTER 13 DEBTOR FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS CHAPTER 13 ADMINISTRATIVE EXPENSES

Upon consideration of the Application of Chapter 13 Debtor for Interim Compensation and Reimbursement of Expenses as Chapter 13 Administrative Expenses pursuant to 11 U.S.C. §330 and 11 U.S.C. §503 (B) (4) of Mooney & Associates Law Firm, Stephen Wade Parker, Counsel for the Debtors in the above matter.

IT IS HEREBY ORDERED AND DECREEED that compensation and expenses as Chapter 13 Administrative Expenses pursuant to 11 U.S.C. §330 and 11 U.S.C. §503 (B) (4) will be allowed for the payment in the sum of $7,763.16.16 less $600.00 paid up front by Debtors for a net amount due of $7,163.16 for the time period of October 25, 2016 through August 30, 2017.

Debtor's counsel agrees that the Chapter 13 Trustee need only pay the portion of the approved Attorney's fees and costs which will not result in the plan being underfunded. As to the remaining Attorney's fees and costs approved by this order, if Debtor does not amend his plan in the future to provide for payment of same through the Chapter 13 Trustee, Debtor's counsel will offer Debtor a reasonable payment plan for payment of same.

By the Court,

_Robert N. Opel, II_
Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: October 25, 2017