United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Dean S Shields  
Tara Lynn Shields  
     Debtors

Case No. 16-04524-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: PRadginsk     Page 1 of 1     Date Rcvd: May 07, 2019  
                             Form ID: orfeedue     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2019.
       +John D. Schlotter, M&T Bank, PO Box 840, Buffalo, NY 14240-0840

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
5194467         E-mail/Text: camanagement@mtb.com May 07 2019 19:12:40     M&T Bank, P.O. Box 840, Buffalo, NY 14240-0810
                                                                                                                                                               TOTAL: 1

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2019                                                 Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2019 at the address(es) listed below:
        Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com  
        Harry B Reese    on behalf of Creditor    WELLS FARGO BANK, N.A. harry.reese@pkjllc.com, chris.amann@pkjllc.com;nick.bracey@pkjllc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com  
        James Warmbrodt    on behalf of Creditor    U.S. Bank, N.A. as trustee for Manufactured Housing Contract Senior/Subordinate Pass-Through Certificate Trust 1998-7 bkgroup@kmllawgroup.com  
        Jill Manuel-Coughlin    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkjllc.com, chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com  
        Stephen Wade Parker    on behalf of Debtor 2 Tara Lynn Shields Mooneybkecf@gmail.com, R61895@notify.bestcase.com  
        Stephen Wade Parker    on behalf of Debtor 1 Dean S Shields Mooneybkecf@gmail.com, R61895@notify.bestcase.com  
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                                      TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Dean S Shields

Tara Lynn Shields
aka Tara Grace

**Debtor(s)**

Chapter 13

Case number 1:16–bk–04524–HWV

Document Number: 60

### Order Filing Fee Due

A transfer of claim was filed on **May 3, 2019**. As approved by the Judicial Conference of the United States at its September 2012 session and pursuant to Item 20 of the Bankruptcy Court Miscellaneous Fee Schedule (Fee Schedule), a fee in the amount of **$25.00** is due upon the filing of a claim transfer, partial claim transfer, or amended claim transfer.

**IT IS HEREBY ORDERED** that the fee be paid in full on or before **May 14, 2019**.

Dated: May 7, 2019

By the Court,

*[signature]*

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: PRadginsk, Deputy Clerk

orfeedue(05/18)