```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                         Case No. 16-04524-HWV
Dean S Shields                                                 Chapter 13
Tara Lynn Shields
         Debtors           CERTIFICATE OF NOTICE
District/off: 0314-1           User: PRadginsk            Page 1 of 1             Date Rcvd: May 08, 2019
                               Form ID: pdf010            Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2019.
          +John D. Schlotter,    M&T Bank,    PO Box 840,    Buffalo, NY 14240-0840

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 5194467        E-mail/Text: camanagement@mtb.com May 08 2019 19:08:08     M&T Bank,   P.O. Box 840,
                  Buffalo, NY 14240-0810
                                                                                             TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Harry B Reese    on behalf of Creditor    WELLS FARGO BANK, N.A. harry.reese@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.r
               aynor-paul@pkallc.com;amanda.rauer@pkallc.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank, N.A. as trustee for Manufactured Housing
               Contract Senior/Subordinate Pass-Through Certificate Trust 1998-7 bkgroup@kmllawgroup.com
              Jill Manuel-Coughlin    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              Stephen Wade Parker    on behalf of Debtor 2 Tara Lynn Shields Mooneybkecf@gmail.com,
               R61895@notify.bestcase.com
              Stephen Wade Parker    on behalf of Debtor 1 Dean S Shields Mooneybkecf@gmail.com,
               R61895@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| Dean S. Shields | | Chapter: | 13 |
| --- | --- | --- | --- |
| | Debtor 1 | Case No.: | 1:16-bk-04524-HWV |
| Tara Lynn Shields | Debtor 2 | | |
| | | Document No.: | 61 |

## ORDER VACATING

**IT IS HEREBY ORDERED** that the Order filing fee due entered on May 7, 2019, is being vacated by this Order as being entered in error. Fee has been paid.

Dated: May 7, 2019

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (JH)