## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
## HARRISBURG DIVISION

IN RE:                                          Case No. 16-04524-HWV
                                                Chapter 13

Dean S. Shields
Tara Lynn Shields aka Tara Grace

Debtor(s).

### NOTICE OF APPEARANCE

**M&T Bank**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

> **Daniel P. Jones, Esquire**
> **Stern & Eisenberg, PC**
> **1581 Main Street, Suite 200**
> **The Shops at Valley Square**
> **Warrington, PA 18976**

By:     _/s/  Daniel P. Jones, Esquire_
        Daniel P. Jones, Esquire,
        Bar No:  321876
        Stern & Eisenberg, PC
        1581 Main Street, Suite 200
        The Shops at Valley Square
        Warrington, PA 18976
        Phone: (215) 572-8111
        Fax: (215) 572-5025
        djones@sterneisenberg.com
        Attorney for Creditor

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 25th day of March, 2020, to the following:

Stephen Wade Parker, Esq.
Mooney Law
230 York Street
Hanover, PA 17331
Mooneybkecf@gmail.com
***Attorney for Debtor(s)***

Charles J DeHart, III, Esq. (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036
dehartstaff@pamd13trustee.com
***Chapter 13 Trustee***

Asst. U.S. Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101
ustpregion03.ha.ecf@usdoj.gov
***U.S. Trustee***

and by standard first-class mail postage prepaid to:

Dean S. Shields
219 Clearview Drive
Carlisle, PA 17013

Tara Lynn Shields aka Tara Grace
219 Clearview Drive
Carlisle, PA 17013
***Debtor(s)***

By: */s/Daniel P. Jones, Esquire*