UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

Dean S. Shields
Tara Lynn Shields
 a/k/a Tara Grace,
           Debtor.

Case No. 16-04524-hwv
Chapter13

## NOTICE OF TEMPORARY FORBEARANCE

| | |
|---|---|
| Bankruptcy Court Claim # | 12 |
| Date of Filing | November 2, 2016 |
| Effective Date of Forbearance | November 1, 2020 |
| Number of monthly payments in Forbearance | 6-Months |

M&T Bank ("SERVICER") hereby provides notice that due to a recent financial hardship resulting directly or indirectly from the COVID-19 emergency, the Debtor has requested, and SERVICER has provided a temporary suspension of mortgage payments.

During this short-term relief, all terms and provisions of the mortgage note and security instrument, other than the payment obligations, will remain in full force and effect unless otherwise adjusted by this court or through a loan modification.

NOTE: This Temporary Forbearance <u>does not forgive any indebtedness, it only suspends the date that such indebtedness must be paid</u>.

During the forbearance period and up to an including the time when that period ends, SERVICER will work with the Debtor, the Debtor's attorney (if applicable) and the bankruptcy trustee on how to address the suspended payments in the long-term, including obtaining any necessary court consent and approval.

*/S/ Martin A. Mooney*
SIGNATURE

### CERTIFICATE OF SERVICE

I certify that on December 29, 2020, I served a true and correct copy of the above Notice of Temporary Forbearance on the debtor's(s') attorney (if any), trustee, US Trustee and any other interest parties via the Court's ECF system. In the event the debtor(s) is/are pro se, a paper copy of the Notice is being mailed to the Debtor's(s') address on file with the Court.