## LOCAL BANKRUPTCY FORM 9019-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | |
| **Tara Lynn Shields** | **CHAPTER**     **13** |
|   **a/k/a Tara Grace** | **CASE NO.**     **16-04524-HWV** |
| **Dean S. Shields,** | |
|            **Debtor(s)** | **ADV. NO.**     **n/a** |
| | **NATURE OF**    **Motion for Relief from** |
| | **PROCEEDING:**   **Stay** |
| **M&T Bank** | **DOCUMENT No.**   **69** |
| | |
|            **Plaintiff(s)/** | |
|            **Movants** | |
| | |
|     **vs.** | |
| **Tara Lynn Shields** | |
|   **a/k/a Tara Grace** | |
| **Dean S. Shields,** | |
| | |
|            **Defendant(s)/** | |
|            **Respondent(s)** | |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☒ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).

      ☒ Thirty (30) days.

      ☐ Forty-five (45) days.

      ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: May 7, 2021          /s/ Martin A. Mooney

                             Attorney for:    M&T Bank

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.