Certificate Number: 16339-PAM-DE-036242875

Bankruptcy Case Number: 16-04524



16339-PAM-DE-036242875

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 5, 2022, at 12:07 o'clock PM EST, Dean Sheilds completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   January 5, 2022               By:     /s/Kelley Tipton

                                      Name:   Kelley Tipton

                                      Title:  Certified Financial Counselor