Certificate Number: 16339-PAM-DE-036242876

Bankruptcy Case Number: 16-04524



16339-PAM-DE-036242876

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 5, 2022, at 12:07 o'clock PM EST, Tara Shields completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: January 5, 2022

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor