In re:  Case No. 16-04524-HWV
Dean S Shields  Chapter 13
Tara Lynn Shields
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 5
Date Rcvd: Jan 05, 2022      Form ID: 3180W      Total Noticed: 81

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dean S Shields, Tara Lynn Shields, 219 Clearview Drive, Carlisle, PA 17013-1117 |
| 4851280 | + | Apex Asset, 2501 Oregon Pike Ste, Lancaster, PA 17601-4890 |
| 4851292 | + | Ar Resources Inc, Bankruptcy, Po Box 1056, Blue Bell, PA 19422-0287 |
| 4851302 | | Bureau Of Account Mana, Bureau Of Account, Camp Hill, PA 17011 |
| 4851314 | | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 4876954 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4851307 | | Carlise Medical Group LLC, PO Box 281651, Atlanta, GA 30384-1651 |
| 4851308 | + | Carlisle Dental Studio, 38 State Avenue, Carlisle, PA 17013-4431 |
| 4851309 | | Carlisle Medical Group, LLC, PO Box 281651, Atlanta, GA 30384-1651 |
| 4851310 | | Carlisle Physician Services, PO Box 660827, Dallas, TX 75266-0827 |
| 4851311 | + | Carlisle Regional Medical Center, 361 Alexander Spring Road, Carlisle, PA 17015-3661 |
| 4851319 | + | Commercial Acceptanc, 2300 Gettysburg Rd, Camp Hill, PA 17011-7303 |
| 4851322 | + | Commercial Acceptance Company, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 4851329 | + | Durham & Durham Attorneys at Law, Dept. 119509, P.O Box 1259, Oaks, PA 19456-1259 |
| 4880763 | + | FLEX CHECK, WILLIAMSON AND BROWN,LLC, 4691 CLIFTON PKWY, HAMBURG, NY 14075-3201 |
| 4851330 | + | First National Bank, Attn: FNN Legal Dept, 1620 Dodge St Mailstop Code 3290, Omaha, NE 68102-1593 |
| 4851332 | + | Fitch Rona EMS District, PO Box 72140, Cedarburg, WI 53012-7340 |
| 4861690 | + | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 4851335 | + | Holy Spirit Hospital, 503 North 21st Street, Camp Hill, PA 17011-2288 |
| 4851337 | | Holy Spirit Hospital, P.O. Box 822183, Philadelphia, PA 19182-2183 |
| 4851338 | | Holy Spirti Medical Group, P.O Box 983143, Boston, MA 02298-3143 |
| 4851340 | + | Lacaster General Health, PO Box 824809, Philadelphia, PA 19182-4809 |
| 4872501 | + | Lancaster Gen Hospital, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 4851341 | | Lancaster Radiology Associates, P.O. Box 3216, Lancaster, PA 17604-3216 |
| 4851342 | | Lehigh Valley Health Network, PO Box 781733, Philadelphia, PA 19178-1733 |
| 4851343 | | Lehigh Valley Hospital, PO Box 8500, #8076, Philadelphia, PA 19178-8076 |
| 4851346 | | MS Hershey Medical Center, PO Box 643291, Pittsburgh, PA 15264-3291 |
| 4851348 | | MSHMC Phsicians Group, Billing Services, PO Box 854, PA 17033-0854 |
| 4851345 | + | Mohela/Dept of Ed, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 4851371 | + | OIP, 3399 Trindle Road, Camp Hill, PA 17011-2286 |
| 4857538 | + | Orthopedic Institute of Pennsylvania, 3399 Trindle Rd, Camp Hill, PA 17011-2286 |
| 4851374 | | Peerless Credit Services, Inc, PO Box 518, Middletown, PA 17057-0518 |
| 4851376 | + | Penn Credit, Attn:Bankruptcy, Po Box 988, Harrisburg, PA 17108-0988 |
| 4851378 | | Pinnacle Health Hospitals, PO Box 2353, Harrisburg, PA 17105-2353 |
| 4851381 | ++ | RECOVERY ONE LLC, PO BOX 20404, COLUMBUS OH 43220-0404 address filed with court:, Recovery One Llc, 3240 Henderson Rd, Columbus, OH 43220 |
| 4974397 | | RTO of America, 1251 Wallace Street, Lemoyne, PA 17043 |
| 4851385 | + | Summit Physician Services, 785 5th Avenue, Suite 3, Chambersburg, PA 17201-4232 |
| 4851386 | + | Surgical Care Affiliates, LLC, dba Grandview Surgery & Laser Cente, 205 Grandview Avenue, Camp Hill, PA 17011-1756 |
| 4884666 | | TMSHMC Hospital, PO Box 853, Hershey, PA 17033-0853 |
| 4884667 | + | TMSHMC Physicians, PO Box 854, Hershey, PA 17033-0854 |
| 4895673 | | U.S. Bank, N.A., c/o Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |

| | |
|---|---|
| 4899792 | US Dept of EducationMOHELA, Dept of Ed/MOHELA, PO BOX 105347, Chesterfield, MO 63005 |
| 4851389 | Wells Fargo Home Mor, Written Correspondence Resolutions, Mac#2302-04e Pob 10335, Des Moines, IA 50306 |

TOTAL: 43

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4858138 | | EDI: GMACFS.COM | Jan 06 2022 00:29:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 4851279 | + | EDI: GMACFS.COM | Jan 06 2022 00:29:00 | Ally Financial, Po Box 380901, Bloomington, MN 55438-0901 |
| 4854207 | | EDI: AIS.COM | Jan 06 2022 00:28:00 | American InfoSource LP as agent for, T Mobile/T-Mobile USA Inc, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 4851293 | + | Email/Text: rperez@arcadiarecovery.com | Jan 05 2022 18:41:00 | Arcadia Recovery Burea, 645 Penn St, Reading, PA 19601-3559 |
| 4851294 | + | EDI: BANKAMER.COM | Jan 06 2022 00:30:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 4851295 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Jan 05 2022 18:41:00 | Berks Credit & Collections, Po Box 329, Temple, PA 19560-0329 |
| 4851303 | + | EDI: CAPITALONE.COM | Jan 06 2022 00:30:00 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 4876954 | | Email/PDF: bncnotices@becket-lee.com | Jan 05 2022 18:45:16 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4857487 | + | Email/Text: pasi_bankruptcy@chs.net | Jan 05 2022 18:41:00 | Carlisle Regional Medical Center, C/O PASI, PO Box 188, Brentwood, TN 37024-0188 |
| 4851315 | + | EDI: CITICORP.COM | Jan 06 2022 00:30:00 | Citibank/Best Buy, Citicorp/Centralized Bankruptcy, Po Box 790040, Saint Louis, MO 63179-0040 |
| 4851316 | + | Email/Text: DATA@COLLECTIONCENTERIND.COM | Jan 05 2022 18:41:00 | Collection Center, Attn Collections/Bankruptcy, Po Box 8666, Lancaster, PA 17604-8666 |
| 4851317 | + | EDI: COMCASTCBLCENT | Jan 06 2022 00:29:00 | Comcast, P.O. Box 3001, Southeastern, PA 19398-3001 |
| 4851318 | + | EDI: WFNNB.COM | Jan 06 2022 00:30:00 | Comenity Bank/Roamans, Po Box 182125, Columbus, OH 43218-2125 |
| 4851323 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Jan 05 2022 18:41:00 | Commonwealth Financial Systems, 245 Main St, Dickson City, PA 18519-1641 |
| 4851327 | + | Email/Text: csd1clientservices@cboflanc.com | Jan 05 2022 18:41:00 | Credit Bureau of Lancaster County, PO Box 1271, Lancaster, PA 17608-1271 |
| 4851333 | + | Email/Text: bankruptcy.notices@hdfsi.com | Jan 05 2022 18:41:00 | Harley Davidson Financial, Attention: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 4851334 | + | Email/Text: banko@hestark.com | Jan 05 2022 18:41:00 | He Stark Col, Po Box 45710, Madison, WI 53744-5710 |
| 4851328 | | EDI: IRS.COM | Jan 06 2022 00:31:00 | Department of Treasury, Internal Revenue Service, 310 Lowell Street, Andover, MA 01810-4544 |
| 4851339 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 05 2022 18:41:00 | Kohls/Capital One, Po Box 3120, Milwaukee, WI 53201-3120 |
| 5194467 | | Email/Text: camanagement@mtb.com | Jan 05 2022 18:41:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0810 |
| 5194468 | | Email/Text: camanagement@mtb.com | Jan 05 2022 18:41:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0810, M&T Bank, P.O. Box 840, Buffalo, NY 14240-0810 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 4851344 | + | Email/Text: MDSBankruptcies@meddatsys.com | Jan 05 2022 18:41:00 | Medical Data Systems Inc, Mds, 2001 9th Ave Ste 312, Vero beach, FL 32960-6413 |
| 4851367 |  | Email/Text: Bankruptcies@nragroup.com | Jan 05 2022 18:41:00 | National Recovery Agency, P.O. Box 67015, Harrisburg, PA 17106-7015 |
| 4851349 | + | Email/Text: Bankruptcies@nragroup.com | Jan 05 2022 18:41:00 | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 4851377 |  | Email/Text: info@phoenixfinancialsvcs.com | Jan 05 2022 18:41:00 | Phoenix Financial Services LLC, PO Box 361450, Indianapolis, IN 46236-1450 |
| 4895703 |  | EDI: PRA.COM | Jan 06 2022 00:29:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4858254 | + | EDI: RECOVERYCORP.COM | Jan 06 2022 00:29:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4851379 |  | Email/Text: pasi_bankruptcy@chs.net | Jan 05 2022 18:41:00 | Professional Account Services, Inc., PO Box 188, Brentwood, TN 37024-0188 |
| 4851372 | + | Email/Text: bkrnotice@prgmail.com | Jan 05 2022 18:41:00 | Paragon Revenue Group, 216 Le Phillip Ct Ne, Concord, NC 28025-2954 |
| 4851373 |  | Email/Text: bkrnotice@prgmail.com | Jan 05 2022 18:41:00 | Paragon Revenue Group, 216 Le Phillip Court, Concord, NC 28025-2954 |
| 4851380 |  | Email/Text: pasi_bankruptcy@chs.net | Jan 05 2022 18:41:00 | Proffessional Account Services Inc., P.O. Box 188, Brentwood, TN 37024-0188 |
| 4865717 |  | EDI: Q3G.COM | Jan 06 2022 00:28:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 4866600 |  | EDI: Q3G.COM | Jan 06 2022 00:28:00 | Quantum3 Group LLC as agent for, Cascade Capital LLC Series B, PO Box 788, Kirkland, WA 98083-0788 |
| 4851382 |  | Email/Text: amieg@stcol.com | Jan 05 2022 18:41:00 | State Collection Service, Po Box 6250, Madison, WI 53716 |
| 4851387 |  | EDI: AFFILIATEDGRP.COM | Jan 06 2022 00:28:00 | The Affiliated Group I, 3055 41st St Nw Ste 100, Rochester, MN 55901 |
| 4851388 | + | Email/Text: banko@hestark.com | Jan 05 2022 18:41:00 | The Stark Collection, 6425 Odana Road, Madison, WI 53719-1189 |
| 4874760 |  | Email/Text: amieg@stcol.com | Jan 05 2022 18:41:00 | University of WI Hospital & Clinics, C/o State Collection Service, Inc., 2509 S Stoughton Road, PO Box 6250, Madison, WI 53716-0250 |
| 4998335 | + | EDI: WFFC.COM | Jan 06 2022 00:29:00 | WELLS FARGO BANK, N.A., DEFAULT DOCUMENT PROCESSING, MAC#N9286-01Y, 1000 BLUE GENTIAN ROAD, EAGAN, MN 55121-1663 |
| 4875661 | + | EDI: WFFC.COM | Jan 06 2022 00:29:00 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MI 55121-1663 |

TOTAL: 39

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4851283 | *+ | Apex Asset, 2501 Oregon Pike Ste, Lancaster, PA 17601-4890 |
| 4851284 | *+ | Apex Asset, 2501 Oregon Pike Ste, Lancaster, PA 17601-4890 |
| 4851285 | *+ | Apex Asset, 2501 Oregon Pike Ste, Lancaster, PA 17601-4890 |
| 4851286 | *+ | Apex Asset, 2501 Oregon Pike Ste, Lancaster, PA 17601-4890 |
| 4851287 | *+ | Apex Asset, 2501 Oregon Pike Ste, Lancaster, PA 17601-4890 |

| | | |
|---|---|---|
| 4851288 | *+ | Apex Asset, 2501 Oregon Pike Ste, Lancaster, PA 17601-4890 |
| 4851289 | *+ | Apex Asset, 2501 Oregon Pike Ste, Lancaster, PA 17601-4890 |
| 4851290 | *+ | Apex Asset, 2501 Oregon Pike Ste, Lancaster, PA 17601-4890 |
| 4851291 | *+ | Apex Asset, 2501 Oregon Pike Ste, Lancaster, PA 17601-4890 |
| 4851281 | *+ | Apex Asset, 2501 Oregon Pike Ste, Lancaster, PA 17601-4890 |
| 4851282 | *+ | Apex Asset, 2501 Oregon Pike Ste, Lancaster, PA 17601-4890 |
| 4851296 | *+ | Berks Credit & Collections, Po Box 329, Temple, PA 19560-0329 |
| 4851297 | *+ | Berks Credit & Collections, Po Box 329, Temple, PA 19560-0329 |
| 4851298 | *+ | Berks Credit & Collections, Po Box 329, Temple, PA 19560-0329 |
| 4851299 | *+ | Berks Credit & Collections, Po Box 329, Temple, PA 19560-0329 |
| 4851300 | *+ | Berks Credit & Collections, Po Box 329, Temple, PA 19560-0329 |
| 4851301 | *+ | Berks Credit & Collections, Po Box 329, Temple, PA 19560-0329 |
| 4851304 | *+ | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 4851305 | *+ | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 4851306 | *+ | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 4851312 | *+ | Carlisle Regional Medical Center, 361 Alexander Spring Road, Carlisle, PA 17015-3661 |
| 4851313 | *+ | Carlisle Regional Medical Center, 361 Alexander Spring Road, Carlisle, PA 17015-3661 |
| 4851320 | *+ | Commercial Acceptanc, 2300 Gettysburg Rd, Camp Hill, PA 17011-7303 |
| 4851321 | *+ | Commercial Acceptanc, 2300 Gettysburg Rd, Camp Hill, PA 17011-7303 |
| 4851325 | *+ | Computer Credit, Inc., Claim Dept. 006301/ PO Box 5238, 470 West Hanes Mill Road, Winston Salem, NC 27105-9102 |
| 4851326 | *+ | Computer Credit, Inc., Claim Dept. 006301/ PO Box 5238, 470 West Hanes Mill Road, Winston Salem, NC 27105-9102 |
| 4851331 | *+ | First National Bank, Attn: FNN Legal Dept, 1620 Dodge St Mailstop Code 3290, Omaha, NE 68102-1593 |
| 4851336 | *+ | Holy Spirit Hospital, 503 North 21st Street, Camp Hill, PA 17011-2288 |
| 5316053 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank, P.O. Box 840,, Buffalo, NY 14240 |
| 4851347 | * | MS Hershey Medical Center, PO Box 643291, Pittsburgh, PA 15264-3291 |
| 4851368 | * | National Recovery Agency, P.O. Box 67015, Harrisburg, PA 17106-7015 |
| 4851369 | * | National Recovery Agency, P.O. Box 67015, Harrisburg, PA 17106-7015 |
| 4851370 | * | National Recovery Agency, P.O. Box 67015, Harrisburg, PA 17106-7015 |
| 4851365 | *+ | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 4851366 | *+ | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 4851350 | *+ | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 4851351 | *+ | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 4851352 | *+ | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 4851353 | *+ | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 4851354 | *+ | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 4851355 | *+ | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 4851356 | *+ | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 4851357 | *+ | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 4851358 | *+ | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 4851359 | *+ | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 4851360 | *+ | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 4851361 | *+ | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 4851362 | *+ | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 4851363 | *+ | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 4851364 | *+ | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 4851375 | * | Peerless Credit Services, Inc, PO Box 518, Middletown, PA 17057-0518 |
| 4851383 | *P++ | STATE COLLECTION SERVICE INC, 2509 S STOUGHTON RD, MADISON WI 53716-3314, address filed with court:, State Collection Service, Po Box 6250, Madison, WI 53716 |
| 4851384 | *P++ | STATE COLLECTION SERVICE INC, 2509 S STOUGHTON RD, MADISON WI 53716-3314, address filed with court:, State Collection Service, Po Box 6250, Madison, WI 53716 |
| 4851324 | ##+ | Computer Credit, Inc., Claim Dept. 006301/ PO Box 5238, 470 West Hanes Mill Road, Winston Salem, NC 27105-9102 |

TOTAL: 0 Undeliverable, 54 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 07, 2022          Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel Philip Jones | on behalf of Creditor M&T BANK djones@sterneisenberg.com  bkecf@sterneisenberg.com |
| Harry B. Reese | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor U.S. Bank  N.A. as trustee for Manufactured Housing Contract Senior/Subordinate Pass-Through Certificate Trust 1998-7 bkgroup@kmllawgroup.com |
| Jill Manuel-Coughlin | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |
| Martin A Mooney | on behalf of Creditor M&T BANK kcollins@schillerknapp.com  lgadomski@schillerknapp.com |
| Nicholas G. Platt | on behalf of Debtor 2 Tara Lynn Shields ngp@mooney4law.com  plattnr61895@notify.bestcase.com |
| Nicholas G. Platt | on behalf of Debtor 1 Dean S Shields ngp@mooney4law.com  plattnr61895@notify.bestcase.com |
| Rebecca Ann Solarz | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 10

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Dean S Shields | Social Security number or ITIN  xxx–xx–3673 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Tara Lynn Shields | Social Security number or ITIN  xxx–xx–0320 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:16–bk–04524–HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Dean S Shields

Tara Lynn Shields
aka Tara Grace

**By the court:**

1/5/22

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: LyndseyPrice, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**